IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SILVERGATE PHARMACEUTICALS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 20-1255 (LPS) |
| | ) | |
| AMNEAL PHARMACEUTICALS LLC, | ) | |
| | ) | |
| Defendant. | ) | |
| SILVERGATE PHARMACEUTICALS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 20-1256 (LPS) |
| | ) | |
| BIONPHARMA INC., | ) | |
| | ) | |
| Defendant. | ) | |

**<u>NOTICE OF SERVICE</u>**

The undersigned hereby certifies that copies of *Plaintiff Silvergate Pharmaceuticals, Inc.'s Disclosure of Proposed Claim Terms and Constructions for U.S. Patent Nos. 10,772,868, 10,786,482, and 10,918,621* were caused to be served on March 17, 2021, upon the following in the manner indicated:

Anne Shea Gaza, Esquire                                                              *VIA ELECTRONIC MAIL*
Samantha G. Wilson, Esquire
YOUNG CONAWAY STARGATT
  & TAYLOR, LLP
Rodney Square
1000 North King Street
Wilmington, DE  19801
*Attorneys for Defendant Amneal*
*Pharmaceuticals LLC*

Steven A. Maddox, Esquire                                            *VIA ELECTRONIC MAIL*
Anthony H. Son, Esquire
Jeremy J. Edwards, Esquire
Matthew C. Ruedy, Esquire
Kaveh Saba, Esquire
MADDOX EDWARDS, PLLC
1900 K Street NW, Suite 725
Washington, D.C.  20006
*Attorneys for Defendant Amneal*
*Pharmaceuticals LLC*

Kenneth L. Dorsney, Esquire                                          *VIA ELECTRONIC MAIL*
Cortlan S. Hitch, Esquire
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE  19801-1494
*Attorneys for Defendant Bionpharma Inc.*

Andrew M. Alul, Esquire                                              *VIA ELECTRONIC MAIL*
Roshan P. Shrestha, Esquire
Richard T. Ruzich, Esquire
TAFT STETTINIUS & HOLLISTER LLP
111 East Wacker Drive, Suite 2800
Chicago, IL  60601
*Attorneys for Defendant Bionpharma Inc.*


                                                MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                                                */s/ Megan E. Dellinger*

                                                _____
                                                Jack B. Blumenfeld (#1014)
                                                Megan E. Dellinger (#5739)
OF COUNSEL:                                     1201 North Market Street
                                                P.O. Box 1347
Wendy L. Devine                                 Wilmington, DE  19899
Kristina M. Hanson                              (302) 658-9200
Yan-Xin Li                                      jblumenfeld@morrisnichols.com
WILSON SONSINI GOODRICH                          mdellinger@morrisnichols.com
   & ROSATI
One Market Plaza                                *Attorneys for Plaintiff Silvergate*
Spear Tower, Suite 3300                          *Pharmaceuticals, Inc.*
San Francisco, CA  94105
(415) 947-2000

2

Natalie J. Morgan
WILSON SONSINI GOODRICH
    & ROSATI
12235 El Camino Real, Suite 200
San Diego, CA  92130-3002
(858) 350-2300

Ty W. Callahan
Granville C. Kaufman
WILSON SONSINI GOODRICH
    & ROSATI
633 West Fifth Street, Suite 1550
Los Angeles, CA  90071-2005
(323) 210-2900

March 17, 2021

## CERTIFICATE OF SERVICE

I hereby certify that on March 17, 2021, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on March 17, 2021, upon the following in the manner indicated:

| | |
|---|---|
| Anne Shea Gaza, Esquire<br>Samantha G. Wilson, Esquire<br>YOUNG CONAWAY STARGATT<br>  & TAYLOR, LLP<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE  19801<br>*Attorneys for Defendant Amneal*<br>*Pharmaceuticals LLC* | *VIA ELECTRONIC MAIL* |
| Steven A. Maddox, Esquire<br>Anthony H. Son, Esquire<br>Jeremy J. Edwards, Esquire<br>Matthew C. Ruedy, Esquire<br>Kaveh Saba, Esquire<br>MADDOX EDWARDS, PLLC<br>1900 K Street NW, Suite 725<br>Washington, D.C.  20006<br>*Attorneys for Defendant Amneal*<br>*Pharmaceuticals LLC* | *VIA ELECTRONIC MAIL* |
| Kenneth L. Dorsney, Esquire<br>Cortlan S. Hitch, Esquire<br>MORRIS JAMES LLP<br>500 Delaware Avenue, Suite 1500<br>Wilmington, DE  19801-1494<br>*Attorneys for Defendant Bionpharma Inc.* | *VIA ELECTRONIC MAIL* |
| Andrew M. Alul, Esquire<br>Roshan P. Shrestha, Esquire<br>Richard T. Ruzich, Esquire<br>TAFT STETTINIUS & HOLLISTER LLP<br>111 East Wacker Drive, Suite 2800<br>Chicago, IL  60601<br>*Attorneys for Defendant Bionpharma Inc.* | *VIA ELECTRONIC MAIL* |

/s/ *Megan E. Dellinger*

                                      
Megan E. Dellinger (#5739)